# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Alito, Samuel A. | Supreme Court of the United States | 07/23/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Associate Justice of the Supreme Court of the United States | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>5b. ✔ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Supreme Court of the United States
1 First Street, NE
Washington, DC 20544

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Instructor for Course | Duke University Law School |
| 2. Instructor for Course | Regent University Law School |
| 3. Honorary Advisory Board Member | Bolch Judicial Institute, Duke Law School |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 07/23/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/13/2020 | Regent University School of Law, Teaching | $9,000.00 |
| 2. 3/6/2020 | Duke Law School, Teaching | $15,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 07/23/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Edward Jones | Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vang Inter Term Tax Ex Fund | D | Dividend | M | T | | | | | |
| 2. Van LT Tax Ex Fund | A | Dividend | J | T | | | | | |
| 3. Vanguard TE Mny Mkt | A | Dividend | L | T | | | | | |
| 4. Vang Small Cap Stock Fund | C | Dividend | N | T | | | | | |
| 5. Vang Total Stock Mkt Index F | D | Dividend | N | T | | | | | |
| 6. Windsor II | C | Dividend | K | T | | | | | |
| 7. Vang Star Mutual Fund | D | Dividend | L | T | | | | | |
| 8. Vang Wellington Mut Fund | E | Dividend | N | T | | | | | |
| 9. Roth IRA (H) | | | | | | | | | |
| 10. -Edward Jones Investment (Cash Account) | | None | J | T | | | | | |
| 11. -AES Corp | A | Dividend | J | T | | | | | |
| 12. -Bhp Group PLC ADR | A | Dividend | K | T | | | | | |
| 13. -Loccitane Luxembourg | A | Dividend | J | T | | | | | |
| 14. -Sealed Air Corp | A | Dividend | J | T | | | | | |
| 15. -TJX Cos Inc | A | Dividend | J | T | | | | | |
| 16. Vanguard Target Retirement Acct 2015 | A | Dividend | K | T | Buy (add'l) | 03/25/20 | J | | |
| 17. PNC Bank Accounts | | None | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Traditonal IRA (H) | | | | | | | | | |
| 19.  -Capital World Growth & Income Fund CLA | A | Dividend | J | T | | | | | |
| 20.  -Eaton Vance Mutual Funds Trust Gov't Oblig LC A | A | Dividend | J | T | | | | | |
| 21.  -Goldman Sachs Growth & Incom Strategy Fund CL A | A | Dividend | J | T | | | | | |
| 22.  -Income Fund of America CL A | A | Dividend | J | T | | | | | |
| 23.  -Putnam Dynamic Asset- Allocation Growth Fund CL A | A | Dividend | J | T | | | | | |
| 24.  -Putnam Dynamic Asset Allocation Balanced Fund CL A | A | Dividend | J | T | | | | | |
| 25.  Investment Account #1 (H) | | | | | | | | | |
| 26.  -Stafford Cnty & Staunton VA | A | Interest | J | T | Redeemed (part) | 08/28/20 | J | | |
| 27.  -Virginia Comwith Transn Brd | A | Interest | J | T | | | | | |
| 28.  -VA St Res Auth Wtr & Swr Rev | A | Interest | J | T | | | | | |
| 29.  -VA St Res Auth Wtr & Swr Sys | A | Interest | J | T | | | | | |
| 30.  -Virginia Beach VA GO Pub Impt | A | Interest | K | T | | | | | |
| 31.  -3M Co | A | Dividend | K | T | | | | | |
| 32.  -Abbott Laboratories | A | Dividend | K | T | | | | | |
| 33.  -Abbvie Inc | A | Dividend | K | T | | | | | |
| 34.  -Becton Dickinson & Co | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Black Hills Corp | B | Dividend | K | T | | | | | |
| 36. -Boeing Co | A | Dividend | K | T | Sold (part) | 01/10/20 | K | D | |
| 37. -Carrier Global Corp | | None | | | Spinoff (from line 57) | 04/03/20 | J | | |
| 38. | | | | | Sold | 04/24/20 | J | A | |
| 39. -Caterpillar Inc | A | Dividend | J | T | | | | | |
| 40. -Cdk Global Inc | A | Dividend | J | T | | | | | |
| 41. -ConocoPhillips | A | Dividend | J | T | Sold (part) | 12/28/20 | J | | |
| 42. -Corteva Inc | A | Dividend | J | T | | | | | |
| 43. -Dow Inc | A | Dividend | J | T | | | | | |
| 44. -DuPont De Nemours Inc | A | Dividend | J | T | | | | | |
| 45. -Fortis Inc | A | Dividend | K | T | | | | | |
| 46. -Jacobs Engineering Group Inc | A | Dividend | K | T | | | | | |
| 47. -Johnson & Johnson | A | Dividend | K | T | | | | | |
| 48. -Molson Coors Brewing Co | A | Dividend | J | T | | | | | |
| 49. -Mondelez International Inc | A | Dividend | K | T | | | | | |
| 50. -OGE Energy Corp | A | Dividend | K | T | | | | | |
| 51. -Otis Worldwide Corp | | None | | | Spinoff (from line 57) | 04/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Alito, Samuel A.** | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold | 04/24/20 | J | A | |
| 53.    -Parker Hannifin Corp | A | Dividend | K | T | | | | | |
| 54.    -Phillips 66 | A | Dividend | K | T | | | | | |
| 55.    -PNC Bank Corp | A | Dividend | J | T | Sold<br>(part) | 01/10/20 | K | D | |
| 56.    -Procter & Gamble Co | A | Dividend | K | T | | | | | |
| 57.    -Raytheon Technologies Corp (formerly<br>United Technologies Corp) | A | Dividend | J | T | | | | | |
| 58.    -Sealed Air Corp | A | Dividend | J | T | | | | | |
| 59.    -Tjx Cos Inc | A | Dividend | K | T | | | | | |
| 60.    -Vanguard FTSE All-Wrld Exus ETF | A | Dividend | J | T | | | | | |
| 61.    Investment Account #2 (H) | | | | | | | | | |
| 62.    -Ishares Russ 1000 Growth ETF | A | Dividend | K | T | Sold<br>(part) | 03/26/20 | J | A | |
| 63. | | | | | Sold<br>(part) | 07/02/20 | J | C | |
| 64.    -Ishares Russ 1000 Value ETF | A | Dividend | K | T | Buy<br>(add'l) | 03/26/20 | J | | |
| 65.    -Ishares Russ MC Value ETF | A | Dividend | K | T | Buy<br>(add'l) | 03/26/20 | J | | |
| 66. | | | | | Sold<br>(part) | 07/02/20 | J | A | |
| 67.    -Ishares S&P 500 Growth ETF | A | Dividend | K | T | Sold<br>(part) | 07/02/20 | J | C | |
| 68.    -SPDR S&P Dividend ETF | A | Dividend | | | Buy<br>(add'l) | 03/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | | B | | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | | Income during reporting period | | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | Sold | 06/12/20 | K | D | |
| 70. | -Vanguard High Div Yield ETF | C | Dividend | | L | T | Buy (add'l) | 06/12/20 | K | | |
| 71. | | | | | | | Buy (add'l) | 07/02/20 | J | | |
| 72. | -Vanguard Mid Cap Growth ETF | A | Dividend | | K | T | Buy (add'l) | 03/26/20 | J | | |
| 73. | | | | | | | Sold (part) | 07/02/20 | J | C | |
| 74. | -American Europacific Growth F3 | A | Dividend | | L | T | Buy | 06/15/20 | J | | |
| 75. | | | | | | | Buy (add'l) | 07/02/20 | K | | |
| 76. | -American New World Cl F3 | A | Dividend | | K | T | Buy (add'l) | 03/26/20 | J | | |
| 77. | | | | | | | Sold (part) | 07/02/20 | K | C | |
| 78. | -Dimensional DFA Int'l Value Fund | A | Dividend | | K | T | Buy (add'l) | 03/26/20 | J | | |
| 79. | -Fidelity: Advisor Inter Mun Incm Fd Z | B | Dividend | | L | T | Sold (part) | 03/26/20 | J | A | |
| 80. | | | | | | | Buy (add'l) | 07/06/20 | J | | |
| 81. | -JP Morgan Fed Money Market | A | Dividend | | J | T | | | | | |
| 82. | -MFS International Equity Fund | A | Dividend | | K | T | Sold (part) | 07/02/20 | J | A | |
| 83. | -MFS Municipal High Income R6 | B | Dividend | | L | T | Buy (add'l) | 03/26/20 | J | | |
| 84. | | | | | | | Buy (add'l) | 07/02/20 | J | | |
| 85. | -T. Rowe Price Tax Free Short Inter | B | Dividend | | L | T | Sold (part) | 03/26/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 87. -Tiaa-Cref Instl Fd Intl Eqty | | None | | | Buy (add'l) | 03/26/20 | J | | |
| 88. | | | | | Sold | 06/12/20 | K | A | |
| 89. -USAA Tax Exempt Interm Term | C | Dividend | M | T | Sold (part) | 03/25/20 | J | A | |
| 90. | | | | | Sold (part) | 03/26/20 | K | A | |
| 91. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 92. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 93. | | | | | Buy (add'l) | 12/28/20 | J | | |
| 94. Investment Account #3 (H) | | | | | | | | | |
| 95. -Cash & Money Market (Fidelity Gov't MM Inst. Cl) | A | Dividend | J | T | | | | | |
| 96. -Ishares National Muni Bond ETF | B | Dividend | L | T | Buy | 01/02/20 | J | | |
| 97. | | | | | Buy (add'l) | 01/15/20 | J | | |
| 98. | | | | | Buy (add'l) | 06/05/20 | K | | |
| 99. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 100. | | | | | Buy (add'l) | 07/20/20 | J | | |
| 101. | | | | | Buy (add'l) | 11/16/20 | J | | |
| 102. -Ishares 1-3 Year Treasury Bd ETF | A | Dividend | | | Sold | 06/05/20 | L | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Alito, Samuel A.** | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Dodge & Cox Income Fund | B | Dividend | L | T | Buy | 06/11/20 | J | | |
| 104. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 105. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 106. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 107. | | | | | Buy (add'l) | 10/06/20 | J | | |
| 108. | | | | | Buy (add'l) | 11/16/20 | J | | |
| 109. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 110.  -Metropolitan West Unconstrained | C | Dividend | M | T | Buy (add'l) | 06/08/20 | J | | |
| 111.  -T. Rowe Price VA T/F Bond Fd | D | Dividend | N | T | Buy (add'l) | 06/08/20 | K | | |
| 112.  -Vanguard Funds Inter-Term TE Fd 542 | C | Dividend | M | T | Buy (add'l) | 06/08/20 | J | | |
| 113. | | | | | Buy (add'l) | 10/12/20 | K | | |
| 114.  -Vanguard Funds Limited Term Tax Exempt Fund 531 Admiral | C | Dividend | M | T | Sold (part) | 10/12/20 | K | A | |
| 115.  -Ishares S&P 100 ETF | A | Dividend | L | T | Sold (part) | 10/19/20 | K | D | |
| 116.  -Ishares MSCI USA Quality Factor ETF | A | Dividend | K | T | Buy | 06/15/20 | J | | |
| 117. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 118.  -Ishares Core Dividend Growth ETF | A | Dividend | K | T | Buy (add'l) | 04/16/20 | J | | |
| 119.  -Vanguard FTSE Developed Markets ETF | A | Dividend | J | T | Sold (part) | 06/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Vanguard FTSE All World Ex-US Index Fund | A | Dividend | | | Sold (part) | 04/14/20 | J | | |
| 121. | | | | | Sold | 06/05/20 | K | A | |
| 122.  -Vanguard Mid Cap ETF | A | Dividend | K | T | | | | | |
| 123.  -Vanguard Large Cap ETF | B | Dividend | M | T | | | | | |
| 124.  -Vanguard Growth ETF | A | Dividend | M | T | Sold (part) | 10/19/20 | J | C | |
| 125.  -Vanguard Value ETF | B | Dividend | L | T | Sold (part) | 10/19/20 | J | B | |
| 126.  -Wisdomtree Large Cap Dividend Fd ETF | A | Dividend | | | Sold | 06/30/20 | J | C | |
| 127.  -WCM Focused Int'l Growth | A | Dividend | K | T | Buy (add'l) | 04/15/20 | J | | |
| 128.  -Lazard Global Listed Infrastructure Portfolio Fund | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 129. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 130.  Mineral Interest, Grady Cnty, OK | | None | M | W | | | | | |
| 131.  Kansas City Life Insurance (Whole Life Insurance Policy) | A | Interest | J | T | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 07/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 07/23/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Samuel A. Alito**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544